Matthew T. Christensen, ISB: 7213
ANGSTMAN JOHNSON
199 N. Capitol Blvd., Ste 200
Boise, ID 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@angstman.com

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>PAULA LYNNE ZIEGLER,<br><br>Debtor. | Case No. 20-40042-JMM<br><br>Chapter 7 |

**STIPULATION FOR SUBSTITUTION OF COUNSEL**

Matthew T. Christensen, of the firm ANGSTMAN JOHNSON, and Ryan E. Farnsworth of the firm AVERY LAW, hereby stipulate that Matthew T. Christensen may be substituted as attorney of record for the Debtor, Paula Lynne Ziegler, in the place and stead of Ryan E. Farnsworth.

DATED this 13th day of April, 2020.        DATES this 13 day of April, 2020.

AVERY LAW                                          ANGSTMAN JOHNSON

_____            _____
Ryan E. Farnsworth                                Matthew T. Christensen

STIPULATION FOR SUBSTITUTION OF COUNSEL – Page 1

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 13th day of April, 2020, I filed the foregoing STIPULATION FOR SUBSTITUTION OF COUNSEL electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Ryan E. Farnsworth | ryan@averylaw.net |
| R. Sam Hopkins | AWilliams32@cableone.net |
| Allen H. Ickowitz | aickowitz@nossaman.com |
| R. Ron Kerl | Ron@cooper-larsen.com |
| Thomas Daniel Smith | tsmith8206@cableone.net |
| U.S. Trustee | ustp.region18.bs.ecf@usdoj.gov |

Any others as listed on the Court's ECF Notice.

                                                /s/ Matt Christensen
                                              Matthew T. Christensen