Matthew T. Christensen, ISB: 7213
ANGSTMAN JOHNSON
199 N. Capitol Blvd., Ste 200
Boise, ID 83702
Phone: (208) 384-8588
Fax: (208) 629-2157
Email: mtc@angstman.com

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>PAULA LYNNE ZIEGLER,<br><br>Debtor. | Case No. 20-40042-JMM<br><br>Chapter 7 |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that ANGSTMAN JOHNSON, counsel of record for Debtor Paula L. Ziegler, ("Debtor") has filed a Motion to Convert Case to Chapter 11 (Doc. No. 56 - the "Motion") seeking to convert the above captioned chapter 7 case to a one under chapter 11. Additionally, the Debtor has filed an Application to Employ (Doc. No. 57 - the "Application"), seeking to employ counsel for the Chapter 11 case.

The Motion and Application are scheduled to come before the Court for hearing on the **27th day of April, 2020 at 1:30 p.m.** (Mountain Time), or as soon thereafter as the matter can be heard. This hearing will be a telephonic hearing. Parties shall call into the number below *at least ten (10) minutes prior* to the start of the hearing. The courtroom deputy will take roll, after which your phone should be placed on mute until your case is called. Once you are finished with your case(s), you may hang up.

NOTICE OF HEARING – Page 1

Judge Meier's Conference Number: 1-877-336-1829
Access Code: 5781287#
Security Code: 1234#

Your right may be affected.  You should read the Motion and Application carefully and discuss it with your attorney, if you have one.  (If you do not have an attorney, you may wish to consult one).

Any party desiring information as to the details of the Motion or Application may request the same from the Clerk of the Court, from the court's online PACER information system at www.pacer.gov, or from the undersigned counsel.

If you do not want the court to grant the relief sought in the Motion or Application or if you want the court to consider your views, then you or your attorney may:  File a response with the bankruptcy court, and at the same time, serve a copy of that response on the United States Trustee, 720 Park Blvd, Ste. 220, Boise, Idaho 83712.  You can attend the scheduled hearing and present your views or support your filed response at that time.  If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion or Application and may enter an order granting that relief.

DATED this 13th day of April, 2020.

        /s/ Matt Christensen
Matthew T. Christensen
Attorney for Debtor

NOTICE OF HEARING – Page 2

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 13th day of April, 2020, I filed the foregoing NOTICE OF HEARING electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Ryan E. Farnsworth | ryan@averylaw.net |
| R. Sam Hopkins | AWilliams32@cableone.net |
| Allen H. Ickowitz | aickowitz@nossaman.com |
| R. Ron Kerl | Ron@cooper-larsen.com |
| Thomas Daniel Smith | tsmith8206@cableone.net |
| U.S. Trustee | ustp.region18.bs.ecf@usdoj.gov |

Any others as listed on the Court's ECF Notice.


                /s/ Matt Christensen
                Matthew T. Christensen